JASON M. CONDER
Assistant United States Attorney
District of Wyoming
P. O. Box 449
Lander, WY 82520
(307) 332-8195

FILED
DISTRICT OF WYOMING
U.S. DISTRICT COURT

JUN 1 3 2012

U.S. MAGISTRATE JUDGE

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER LEE SWARTWOOD, )<br>)<br>Defendant. ) | Criminal No. 12 MJ 109<br><br>MOTION FOR DETENTION HEARING |

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case.</u>  This case is eligible for a detention order because the case involves the following:

    __ Crime of violence (18 U.S.C. § 3156)

    __ Maximum sentence life imprisonment or death

    __ 10+ year drug offense

    _x_ Serious risk Defendant will flee

    _x_ Felony, with two prior convictions in above categories

    _x_ Serious risk obstruction of justice

2. <u>Reason for Detention.</u>  The court should detain the Defendant because there are no conditions of release which will reasonably assure:

__x__   Defendant's appearance as required

__x__   Safety of any other person and the community

3.   <u>Rebuttable Presumption.</u>  The United States will invoke the rebuttable presumption against the Defendant under § 3142(e). The presumption applies because:

__   Probable cause to believe Defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

__   Probable cause to believe Defendant committed the crime of child exploitation

__   Previous conviction for "eligible" offense committed while on pretrial bond

4.   <u>Time for Detention Hearing.</u>  The United States requests the Court conduct the detention hearing:

__   At first appearance

_✓_   After a continuance of three days

DATED this __13TH__ day of June, 2012.

Respectfully submitted,

CHRISTOPHER A. CROFTS
United States Attorney

By: _____
JASON M. CONDER
Assistant United States Attorney