# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

UNITED STATES OF AMERICA,   Case No.  12MJ111SWS

■ Complaint   ☐ Indictment
☐ Information   ☐ Petition to Revoke

vs.

Offense:  Felon in Possession of a Firearm

CHRISTOPHER SWARTWOOD   Date:  June 13, 2012   Time: 9:52 - 10:09 a.m.

| Before Teresa M. McKee | Deany Fondren | Nathan Backas |
|---|---|---|
| United States Magistrate Judge | Deputy Clerk | Probation Officer |

Jason Conder

| Assistant United States Attorney | Tape No. | Interpreter |
|---|---|---|

■ Appeared   ☐ Voluntarily   ■ In-Custody

■ Defendant advised of charges and possible penalties

■ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing:_____
☐ FPD ☐   PANEL-CJA   ☐   RETAINED

☐ Attorney waived.

1. ■ Initial appearance;  Date June 13, 2012

   ☐ Bail is set at $_____.

   ☐ Unsecured   ☐ Cash/Surety   ☐ P/R-No Amount

   ☐ Conditions of Release:

   ☐ Third party custody to _____
   ☐ Maintain/actively seek employment
   ☐ Travel restricted to _____
   ☐ No excess alcohol / no alcohol

      ☐    Alcohol/Drug testing
      ☐    Shall not possess firearms, ammunition, explosive devices, dangerous weapons
      ☐    No contact with _____
      ☐    Shall not illegally use or possess drugs or be in the presence of anyone illegally using or possessing drugs
      ☐    Report to pretrial services as directed
      ☐    Obtain no passport
      ☐    Surrender passport
      ☐    Other

☐ Detention hearing set for _____
☐ Bail review/detention hearing.          Date:

■ Defendant detained, reasons: pending detention hearing

◉ Defendant committed to custody of U.S. Marshal.

☐ Preliminary hearing set for _____    ☐ Preliminary hearing waived.

☐ Removal Hearing Waived.   ☐ Removal Hearing held.   Date:_____.

☐ Court orders defendant held to answer to U.S. District Court, District of _____
_____.

    ☐ Bond to transfer. Defendant to report on or before _____
_____.

    ☐ Warrant of removal and final commitment to issue.

☐ Case continued to _____ for _____
_____.

☐ Other _____
_____.

2.  ☐  Preliminary hearing. Date _____
_____.
Witnesses:

☐ Outcome:
    ☐ Bound over to U.S. District Court.    ☐ Dismissed.