# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Case No.** 12MJ111-S  **Date** 6/18/2012 |
| | **Time** 1:39 - 2:09 - 2:21 - 2:38 pm |
| VS | ☐ Indictment   ☐ Information |
| | ☑ Complaint   ☐ Other |
| CHRISTOPHER LEE SWARTWOOD | ☐ IA   ☐ ARR   ☑ Det |
| **DEFENDANT** | ☐ Prelim   ☐ Rule 5 |
| | **Offense** 8 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm |

**Before the Honorable,** Teresa M. McKee

| Tiffany Dyer | FTR | | Jason Conder | Carl VonRein |
|---|---|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** | **Asst. U.S. Attorney** | **Marshal** |

**INTERPRETER** _____

**Appeared:** ☐ Voluntarily   ☑ In-Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given
☑ Attorney appearing   JAMES WHITING
   ☐ FPD   ☑ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

**Initial Appearance:** Date _____ (Comments) _____

**Arraignment:**   Held _____   Set For _____   Waived _____
☐ Defendant waives reading of indictment
☐ Defendant waives indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government

**Defendant Enters a Plea of:**
☐ Not guilty to count(s) _____ of an _____
☐ Guilty to count(s) _____ of an _____

**Not Guilty Plea**
☐ Court orders discovery per rule 16 FRCrP
☐ Court orders access to Grand Jury Transcripts
☐ Motions to be filed in _____ days or On / Before _____
☐ Trial date set for _____ at _____ In
☐ Speedy trial expires on _____

**Guilty Plea**
☐ Court is satisfied there is factual basis for a plea of guilty
☐ Defendant referred to probation for presentence investigation
☐ Defendant advised on consequence of a plea of guilty
☐ Plea agreement filed
☐ Sentencing set for _____ at _____ In
☐ Plea conditionally accepted

**Other:** _____

MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court

Bail Review / Detention Hearing:   **Held** 6/18/2012   **Set For** _____   **Waived** _____
Bond Is:   ☐ Defendant is detained and committed to the custody of the U. S. Marshal

☑ Set at $20,000.00   ☐ Cash   ☐ Surety   ☑ Unsecured
☐ Continued on the same terms and conditions

**Terms and Conditions:**

☑ Obey all laws, Federal, State and Local
☑ Seek/Maintain employment
☑ 3rd party custody of Trisha Swartwood
☑ Not use or possess firearms/ammunition/explosives
☑ Not use or possess alcohol
☐ Not use alcohol to excess
☑ Submit to drug/alcohol testing
☐ Do not obtain passport
☐ Surrender passport to _____

☑ Maintain current residence
☑ Report to Pretrial Services as directed
☑ Travel restricted to State of Wyoming
☐ Abide by the following curfew
☑ Not use or possess controlled substances/drugs
☑ Avoid all contact with any potential witnesses
☐ Post property or sum of money
☐ Undergo medical/psychiatric treatment/exam

**Other:**
_____

**Preliminary Hearing:**   **Held** _____   **Set For** _____   **Waived** 6/18/2012
Witnesses   _____

Outcome:   ☐ Bound over to District Court   ☐ Dismissed

**Removal Hearing:**   **Held** _____   **Set For** _____   **Waived** _____

**Identity Hearing:**   **Held** _____   **Set For** _____   **Waived** _____

Court orders defendant held to answer to U.S. District Court, District of _____
☐ Bond to transfer   Defendant to report on or before _____
☐ Warrant of removal and final commitment to issue

**Other:**
Letters on behalf of the defendant tendered to the Court - The Court took a brief recess to review the letters

MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court